1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant JAMES MACK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-00165 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING SUPERVISED |
| | ) | RELEASE STATUS DATE FOR |
| | ) | DEFENDANT JAMES MACK |
| JAMES MACK, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the supervised release status date in this case, currently scheduled for Wednesday, September 8, 2010, at 10:00 a.m., may be continued to Tuesday, September 28, 2010 at 9:00 a.m. for status. This matter was initially scheduled for Tuesday, September 7, 2010 for status, but was continued by the court clerk to September 8, 2010. Unfortunately, defense counsel, government counsel and the probation officer are all unavailable on September 8, 2010. The parties agree that the matter should be continued to September 28, 2010 at 9:00 a.m. for status regarding supervised release.

There is no need to exclude time because this case involves a supervised release matter.

- 1 -

DATED: 9/07/10                    /s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 9/07/10                    /s/
CHINHAYI COLEMAN CADET
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the supervised release status hearing date in this case, currently scheduled for Wednesday, September 8, 2010 at 10:00 a.m., may be continued to Tuesday, September 28, 2010 at 9:00 a.m. for status.

SO ORDERED.

DATED: 9/8/10                    *Saundra B Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge