GEOFFREY HANSEN
Acting Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant JAMES MACK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00165 SBA (DMR) |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | VACATING STATUS DATE AND SETTING DATE BEFORE DISTRICT COURT FOR ADMISSION AND |
| ) | DISPOSITION |
| JAMES MACK, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this supervised release action, that the next appearance in this case, currently set for Wednesday, September 25, 2010, at 9:30 a.m. before Magistrate Judge Donna M. Ryu for status, may be vacated and reset for Tuesday, October 23, 2012, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong for admission and disposition. United States Probation Officer Nicole Fairchild is aware of this request and available should the Court reset the matter for October 23, 2012, at 10:00 a.m. before Judge Saundra Brown Armstrong. In addition, the Supervised Release Violation Memorandum has already been submitted.

- 1 -

There is no need to exclude time because this case involves a supervised release matter.

DATED: 9/24/12          _____/s/_____
                        JOYCE LEAVITT
                        Assistant Federal Public Defender

DATED: 9/24/12          _____/s/_____
                        STEPHEN CORRIGAN
                        Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the next appearance in this case, currently set for Wednesday, September 25, 2010, at 9:30 a.m. before Magistrate Judge Donna M. Ryu for status, may be vacated and reset for Tuesday, October 23, 2012, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong for admission and disposition.

SO ORDERED.

DATED: 9/24/2012        _____
                        DONNA M. RYU
                        United States Magistrate Judge

*U.S. States v. Mack*, CR 10-00165 SBA;
Stip RE: SR Admission & Disposition         - 2 -